Donald Eugene HILL, Plaintiff–
Appellant

v.

WALGREENS COMPANY,
Defendant–Appellee.

No. 13–10983
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 15, 2014.

Donald Eugene Hill, Dallas, TX, pro se.

Before REAVLEY, JONES, and
PRADO, Circuit Judges.

PER CURIAM: *

Because no error is shown in the order
of the district judge, it is affirmed. AF-
FIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

